**Opinion issued August 29, 2023**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-23-00609-CV

———————————

## IN RE HORIZON TERMINALS, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Horizon Terminals, LLC has filed a petition for writ of mandamus requesting that we order the trial court to vacate its order denying relator's motions to withdraw and to continue the trial setting.[1]

---

[1] The underlying case is *Ursula Harris, Melissa McManus, and Joe Mireles v. Horizon Terminals, LLC*, cause number 100775, pending in the 149th District Court of Brazoria County, Texas, the Honorable Greg Hill presiding.

1

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We

dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.